UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| NORMAN F. ROBINSON, SR., | ) | |
| Plaintiff, | ) | No. CV-08-3015-LRS |
| vs. | ) | **ORDER OF DISMISSAL** |
| WASHINGTON STATE IRS | ) | |
| Defendant. | ) | |

In an order filed March 5, 2008 (Ct. Rec. 3), Plaintiff's application to proceed *in forma pauperis* was denied because of his failure to completely answer certain questions on his affidavit of indigency. Plaintiff was given thirty (30) days to pay the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed application to proceed *in forma pauperis*. More than thirty (30) days have passed and the Plaintiff has done none of the above.

Accordingly, pursuant to Fed. R. Civ. P. 41(b), the captioned action is **DISMISSED without prejudice** for Plaintiff's failure to comply with the March 5, 2008 order.

**IT IS SO ORDERED.** The District Executive shall forward a copy of this order to the Plaintiff and **CLOSE** this file.

**DATED** this ___23rd___ of April, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL-    1**